UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

MICHELE L. SIMS,

    Plaintiff,

vs.                                  Case Number: 13-CV-99-TCK-PJC

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

    Defendant.

## SETTLEMENT CONFERENCE REPORT

On 02/12/2014 a Settlement Conference was held in the captioned matter.

☒   The litigation was settled; within __45__ days of the date hereof, the Plaintiff and Defendant shall file:

    --   a Stipulation of Dismissal
         OR
    --   a Journal Entry of Judgment.

☐   The litigation was not settled.

☐   Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2014.

DATED: 02/12/2014.

                                            */s/ Kim Love*
                                            Kimberly Lambert Love
                                            Adjunct Settlement Judge