IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELE L. SIMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-CV-99-TCK-PJC |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff Michelle L. Sims, by and through her attorney of record, and Defendant Unum Life Insurance Company of America, by and through its attorneys of record (collectively the "Parties") hereby stipulate and agree that Plaintiff's claims against Defendant are dismissed with prejudice to the filing of any future actions with each party bearing their own costs and attorney fees.

DATED this 31st day of March, 2014.

Attorney for Plaintiff

*s/Terry L. Weber*_____
(signed by filing attorney with permission of counsel)
Terry L. Weber
320 South Boston, Suite 825
Tulsa, OK 74103
(918) 582-1910 Telephone
(918) 582-2015 Facsimile
Terry.Weber@morelaw.com

Attorney For Defendant

*s/Matthew C. Kane*_____
PHILLIP G. WHALEY, OBA#13371
MATTHEW C. KANE, OBA#19502
RYAN WHALEY COLDIRON SHANDY PLLC
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 239-6040
Facsimile: (405) 239-6766
mkane@ryanwhaley.com